39270. The State of Ohio, appellee v. Joseph C. Murray, appellant. Montgomery

County. For leave to appeal. Overruled.